*Granted*
*Susan J. Dlott*
*2/19/14*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 3:14CR00014SJD-1 |
| | | CHIEF JUDGE SUSAN DLOTT |
| Plaintiff, | * | |
| vs. | * | |
| DEREK HAWKINS | * | **MOTION TO CONTINUE PLEA HEARING** |
| Defendant. | * | |

Now comes the Defendant, by and through his attorney of record, **DENNIS E. GUMP**, and requests that the plea hearing set in this matter for February 20, 2014 at 9:30 A.M. be continued as counsel for Defendant and Dwight Keller, Assistant US Attorney are still in plea negotiations and additional discovery is needed, which is presently not available. US Attorney Dwight Keller does not oppose this request for continuance.

Counsel apologizes for any inconvenience this request has caused and prays the Court will grant him a continuance herein.

Respectfully submitted,

GUMP LAW OFFICE

/S/DENNIS E. GUMP

DENNIS E. GUMP
Attorney for Defendant
Supreme Court No. 0022471
2541 Shiloh Springs Road
Dayton, Ohio 45426-2130
Telephone: (937) 854-4900
Email: denny@gumplaw.com